IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,

v.

ERIC UPCHURCH,

                Defendant.

VERDICT

23-cr-69-wmc

## COUNT 1

We, the Jury in the above-entitled cause, find the defendant, Eric Upchurch

_____Guilty_____
("Guilty" or "Not Guilty")

of the offense charged in Count 1 of the indictment.

## COUNT 2

We, the Jury in the above-entitled cause, find the defendant, Eric Upchurch,

_____Guilty_____
("Guilty" or "Not Guilty")

of the offense charged in Count 2 of the indictment.

## COUNT 3

We, the Jury in the above-entitled cause, find the defendant, Eric Upchurch,

_____Guilty_____
("Guilty" or "Not Guilty")

of the offense charged in Count 3 of the indictment.

## COUNT 4

We, the Jury in the above-entitled cause, find the defendant, Eric Upchurch,

*Guilty*

_____
("Guilty" or "Not Guilty")

of the offense charged in Count 4 of the indictment.

## COUNT 5

We, the Jury in the above-entitled cause, find the defendant, Eric Upchurch,

*Guilty*

_____
("Guilty" or "Not Guilty")

of the offense charged in Count 5 of the indictment.

## COUNT 6

We, the Jury in the above-entitled cause, find the defendant, Eric Upchurch,

*Guilty*

_____
("Guilty" or "Not Guilty")

of the offense charged in Count 6 of the indictment.

## COUNT 7

We, the Jury in the above-entitled cause, find the defendant, Eric Upchurch,

*Guilty*

_____
("Guilty" or "Not Guilty")

of the offense charged in Count 7 of the indictment.

2

## COUNT 8

We, the Jury in the above-entitled cause, find the defendant, Eric Upchurch,

_____*Guilty*_____
("Guilty" or "Not Guilty")

of the offense charged in Count 8 of the indictment.

## COUNT 9

We, the Jury in the above-entitled cause, find the defendant, Eric Upchurch,

_____*Guilty*_____
("Guilty" or "Not Guilty")

of the offense charged in Count 9 of the indictment.

## COUNT 10

We, the Jury in the above-entitled cause, find the defendant, Eric Upchurch,

_____*Guilty*_____
("Guilty" or "Not Guilty")

of the offense charged in Count 10 of the indictment.

## COUNT 11

We, the Jury in the above-entitled cause, find the defendant, Eric Upchurch,

_____*Guilty*_____
("Guilty" or "Not Guilty")

of the offense charged in Count 11 of the indictment.

## COUNT 12

We, the Jury in the above-entitled cause, find the defendant, Eric Upchurch,

_____Guilty_____
("Guilty" or "Not Guilty")

of the offense charged in Count 12 of the indictment.

_____
Presiding Juror

Madison, Wisconsin

Date: ___6/13/24___

4